UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| TRUSTEES OF THE BRICKLAYERS & ALLIED CRAFTWORKERS LOCAL 13 DEFINED CONTRIBUTION PENSION TRUST FOR SOUTHERN NEVADA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>A to Z Improvements, Inc.,<br><br>Defendant. | Case No. 2:14-CV-1097-KJD-GWF<br><br>ORDER |

At this point in the litigation, all defendants have been terminated except for A to Z Improvements, Inc. ("A to Z") (##14, 15, 17). Plaintiffs moved for, and the Clerk entered, Default against A to Z for failure to plead or otherwise defend pursuant to Fed. R. Civ. P. 55(a) (##11, 13). Thus, it appears that the sole remaining question before the Court is the amount of damages pertaining to A to Z. However, Plaintiffs have not moved for entry of Default Judgment pursuant to Fed. R. Civ. P. 55(b)(2).

In the interests of efficient resolution of the matters before it, the Court **HEREBY ORDERS** Plaintiffs to file either 1) a motion for entry of Default Judgment or another appropriate dispositive motion, or 2) a status report explaining why no dispositive motion has been filed. The above filing must be made on or before May 1, 2015.

DATED this 31st day of March, 2015.

_____
Kent J. Dawson
United States District Judge